FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 NOV -4 PM 4:08

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD WAYNE WINFREY,<br><br>Defendant. | 8:12CR275<br><br>**ORDER** |

The U. S. Marshals Service is holding $112,418.00 as custodian of currency seized in connection with this criminal case. Pursuant to the parties's Plea Agreement (Filing No. 56), the United States agreed to return $12,000.00 of this money to the Defendant. Accordingly,

IT IS ORDERED

The U.S. Marshals Service shall deliver $12,000.00 to the Defendant, Ronald Wayne Winfrey, by tendering payment to the trust account of his attorney, Glenn A. Shapiro.

DATED this 4th day of November, 2013.

BY THE COURT:

_____
Laurie Smith Camp
Chief United States District Judge