IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD WAYNE WINFREY,<br><br>　　　　　　Defendant. | CASE NO. 8:12CR275<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 68). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

　　　　1. On July 24, 2013, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States.

　　　　　　a.　a 2003 GMC Yukon motor vehicle, VIN 1GKEK13Z73J202370, seized at 1861 N.115th Plaza, Apartment 3609, Omaha, Nebraska;

　　　　　　b.　a 2012 Dodge Challenger motor vehicle, VIN 2C3CDYCJ3CH107679, seized at Public Storage, 6425 S. 86th Street, Omaha, Nebraska;

　　　　　　c.　$31,020.00 in United States currency seized at Public Storage, 6425 S. 86th Street, Omaha, Nebraska; and

　　　　　　d.　$69,398.00 in United States currency seized at 1861 N. 115th Plaza, Apartment 3609, Omaha, Nebraska.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 6, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on November 4, 2013 (Filing No. 67).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed:

1. a 2003 GMC Yukon motor vehicle, VIN 1GKEK13Z73J202370, seized at 1861 N.115th Plaza, Apartment 3609, Omaha, Nebraska;

2. a 2012 Dodge Challenger motor vehicle, VIN 2C3CDYCJ3CH107679, seized at Public Storage, 6425 S. 86th Street, Omaha, Nebraska;

3. $31,020.00 in United States currency seized at Public Storage, 6425 S. 86th Street, Omaha, Nebraska; and

4. $69,398.00 in United States currency seized at 1861 N. 115th Plaza, Apartment 3609, Omaha, Nebraska.

C. The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 5th day of November, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge