IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR275 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RONALD WAYNE WINFREY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion to extend his self-surrender date of Tuesday, January 7, 2014. Due to adverse weather conditions, the Defendant has informed the Court his flight has been cancelled and he is attempting to make new flight arrangements. The Defendant is requesting a one-week extension in order to allow him additional time to surrender to the designated U.S. Bureau of Prisons facility. The government has stated it has no objection to extending the self-surrender date.

IT IS ORDERED:

1. The Defendant's oral motion to extend his self-surrender date is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, January 13 2014, to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 6th day of January, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge